# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **MELVIN RAY,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 5:18-CV-01574-CLS-HNJ |
| **LT. DEAUNDRA JOHNSON, et al.,** | ) |
| **Defendants.** | ) |

## ORDER

Plaintiff, Melvin Ray, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 alleging violations of his First Amendment, Due Process, and Equal Protection rights.[1] The magistrate judge ordered defendants to file a special report in response to the complaint.[2] That special report was converted to a motion for summary judgment.[3] Magistrate Judge Herman N. Johnson has now filed a report and recommendation, recommending that the court grant the summary judgment motion and dismiss this action with prejudice.[4]

Although the magistrate judge advised the parties of their rights to file specific written objections within fourteen days, no objections to his report and

---

[1] Doc. no. 1.

[2] Doc. no. 6.

[3] *See* doc. no. 14 (Special Report); doc. no. 16 (Order stating court will construe special report as a motion for summary judgment).

[4] Doc. no. 23, at 2.

recommendation have been received by the court.[5]

Having carefully reviewed and considered all the materials in the court file, including the magistrate's report and recommendation, the report is hereby ADOPTED, and his recommendations are ACCEPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that all of plaintiff's claims are DISMISSED with prejudice. The Clerk is directed to close this file.

**DONE** and **ORDERED** this 28th day of October, 2020.

_____
Senior United States District Judge

---

[5] Plaintiff requested an extension of time to file his objection (doc. no. 24), and the court granted it in part (doc. no. 25), but plaintiff did not file an objection by the extended deadline.